



FILED
10/21/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jinmei zhang, | ) | |
| | ) | Case Number:  1:24-cv-10940 |
| **Plaintiff,** | ) | |
| | ) | Judge：John J. Tharp, Jr. |
| **v.** | ) | |
| | ) | Magistrate Judge：Jeffrey T. Gilbert |
| CITY OF CHICAGO COMMISSION ON | ) | |
| HUMAN RELATIONS, and, Nancy Andrade | ) | RANDOM / CAT.3 |
| **Defendants,** | ) | |

## PLAINTIFF'S MOTION TO ENTER JUDGMENT FOR $1,003,275.25 BASED ON UNCONTESTED RECORD

### 原告动议：请求法院依据无争议记录作出赔偿金额 $1,003,275.25 的判决

| | |
|---|---|
| Now, Plaintiff Jinmei Zhang, Plaintiff respectfully submits this motion, requesting that the Court enter judgment in the amount of $1,003,275.25 based on the uncontested record, in order to facilitate the timely resolution of this matter. | 现在，原告谨此提交本动议，请求法院依据现有记录确认赔偿金额 $1,003,275.25，并据此作出判决，以协助案件及时解决。 |
| 1.  Pursuant to the Court's instruction in Docket Entry [49], Plaintiff was granted leave to submit supplemental materials by August 7, 2025. | 1.  根据法院在文件 [49] 中的指示，原告获准于 2025 年 8 月 7 日前提交补充材料。 |
| 2.  On July 29, 2025, Plaintiff submitted Motion [50], titled "Statement of Causality Linking Defendants' Actions to Plaintiff's Claimed Damages ([49])" | 2.  原告已于 2025 年 7 月 29 日提交动议 [50]，标题为《被告行为与原告索赔的因果关系声明（[49]）》 |
| 3.  In Motion [50], Plaintiff provided detailed evidence supporting the claimed damages, including the causal relationship between Defendants' conduct and the relief sought, as well as the methodology used to calculate the specific amount. | 3.  在动议 [50] 中，原告提供了详尽证据，支持所主张的赔偿金额，包括被告行为与所请求救济之间的因果关系，以及具体金额的计算方法。 |
| 4.  On August 6, 2025, Plaintiff served Motion [50] upon each Defendant via FedEx (see [51]). | 4.  原告已于 2025 年 8 月 6 日通过 FedEx 将动议 [50] 送达各被告（[51]）。 |
| 5.  On August 12, 2025, Plaintiff submitted proof of service to the Court, including FedEx delivery documentation and cover sheets, as referenced in [51] | 5.  原告于 2025 年 8 月 12 日向法院提交送达证明，包括 FedEx 送达文件及封面 |

| | |
|---|---|
| and [51] p.2. | 页，详见文件［51］及［51］第 2 页。 |
| 6. As of the date of this filing (October 21, 2025), none of the Defendants have responded to Motion [50], nor have they filed any reply by the Court's designated deadline of August 21, 2025. In the absence of rebuttal, the factual assertions, causal claims, and damages amount of $1,003,275.25 set forth in Motion [50] should be deemed established. | 6. 截至本动议提交之日（2025 年 10 月 21 日），各被告均未对动议［50］作出任何回应，亦未在法院指定的截止日期（2025 年 8 月 21 日）前提交任何答复。在无反驳的情况下，动议［50］中所载的事实主张、因果关系及赔偿金额 $1,003,275.25 应视为已成立。 |
| 7. Plaintiff has appeared at three separate damages hearings as scheduled by the Court, while Defendants have failed to appear at all three: | 7. 原告已依照法院安排出席三次损害赔偿听证会，而各被告均未出席： |
| a. The first hearing was scheduled for June 26, 2025 at 10:00 a.m. Plaintiff appeared as directed; Defendants did not. The hearing was canceled that day. | a. 第一次听证会原定于 2025 年 6 月 26 日上午 10:00 举行，原告如期到庭，被告未出席，听证会当日取消； |
| b. The second hearing was scheduled for July 10, 2025 at 10:00 a.m. Plaintiff served the Court's directive [47] on Defendants via FedEx on July 1, 2025 (see [48]); Defendants again failed to appear. | b. 第二次听证会原定于 2025 年 7 月 10 日上午 10:00 举行，原告已于 2025 年 7 月 1 日通过 FedEx 将法院指令［47］送达各被告［48］，但被告再次未出席； |
| c. The third hearing was held on September 15, 2025 at 9:30 a.m. Plaintiff appeared with a certified interpreter as required by the Court; Defendants again failed to appear (see [53]). This hearing is formally recorded in Docket Entry [54]. | c. 第三次听证会于 25 年 9 月 15 日上午 9:30 举行，原告依照法院要求聘请认证翻译并如期出席，被告仍未到庭（［53］）。该次听证会已正式记录于文件［54］。 |
| 8. According to the hearing record dated September 15, 2025 (see [54]), the Court held the motion hearing as scheduled. Plaintiff appeared; Defendants did not. All pending motions were taken under advisement, and the Court will issue its ruling via CM/ECF notice. | 8. 根 25 年 9 月 15 日庭审记录［54］，法院已如期举行动议听证会。原告出席，被告未到庭。所有待决动议已由法院正式受理，法院将通过 CM/ECF 系统发布裁定。 |
| 9. Defendants' repeated failure to appear and their lack of response to Plaintiff's damages claim constitute procedural default. Plaintiff's claim is not only procedurally uncontested, but also substantively supported by the detailed evidence provided in Motion [50], establishing both causation and calculation. The record reflects a dual absence of dispute—procedural and substantive. | 9. 被告反复未出庭，且未对原告的赔偿请求作出任何回应，已构成程序性默认。原告的主张不仅在程序上未被反驳，且在实体上已通过动议［50］提供详尽证据支持，确立了因果关系与金额计算。现有记录已构成程序与实体双重无争议。 |
| 10. In light of the foregoing, Plaintiff respectfully | 10. 鉴于上述情况，原告恳请法院在充 |

| | |
|---|---|
| requests that the Court, having fully considered the existing record, Plaintiff respectfully requests that the Court directly enter judgment in the amount of $1,003,275.25, in the interest of judicial efficiency and case progression. | 分考虑现有记录的基础上，原告恳请法院直接判决赔偿 1,003,275.25 美元，以提高司法效率和案件进展 |
| 11.　Plaintiff will separately submit a supplemental motion requesting reimbursement of hearing-related expenses ($550 interpreter fee) and ($145.85 in service-related costs) [52] . This request is independent and does not affect the uncontested damages amount of $1,003,275.25 asserted in this motion. | 11.　原告将另行提交一份独立动议，请求法院酌情裁定与听证会相关的补充费用（550 美元翻译费及 145.85 美元服务费用）。该请求为独立事项，不影响本动议中所主张且无争议的赔偿金额 $1,003,275.25。 |
| 12.　Accordingly, Plaintiff respectfully requests that the Court confirm and enter judgment for damages in the amount of $1,003,275.25.<br><br>　　Plaintiff respectfully requests that the Court provide a copy of any ruling email, as Plaintiff does not currently have access to the CM/ECF system. | 12.　因此，原告谨此请求法院确认并裁定赔偿金额 $1,003,275.25。<br><br>　　原告恭敬地请求法院提供任何裁决电子邮件的副本，因为原告目前无法访问 CM/ECF 系统。 |

Date: October 21, 2025

**Respectfully submitted**

JINMEI ZHANG

z_whz598@126.com;

iyidingyingjc99889988@gmail.com